

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00326-CR

| | | |
|---|---|---|
| RAM CHANDRA RIJAL, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1577251D) |
| V. | § | August 8, 2024 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse Appellant Ram Chandra Rijal's convictions and render judgments of acquittal on counts three and four only. We modify the trial court Order to Withdraw Funds to reflect $10,345 in fines and court costs and affirm the judgments on counts on and two as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell